No. 15,332.

### THE STATE, EX REL. SPEARS, *v.* TAYLER, TRUSTEE.

From the Benton Circuit Court.
*D. Fraser* and *W. Isham*, for appellant.
*U. Z. Wiley*, for appellee.

ELLIOTT, J.—Reversed upon the authority of *State, ex rel., v. Haworth, ante*, p. 462.

BERKSHIRE, J., dissents, for the reasons given in *State, ex rel., v. Haworth, supra*.

Filed March 13, 1890.

———◆———

No. 14,039.

### ERWIN SCHOOL TOWNSHIP ET AL. *v.* EVERMAN.

From the Howard Circuit Court.

*J. C. Blacklidge, W. E. Blacklidge* and *B. C. Moon*, for appellants.
*J. O'Brien* and *C. C. Shirley*, for appellee.

MITCHELL, C. J.—It having been agreed that the questions of law and of fact at issue in this case are the same as in the case of *Erwin School Tp. v. Tapp*, 121 Ind. 463, the judgment is affirmed for the reasons stated in the above case.

Judgment affirmed, with costs.

Filed Feb. 25, 1890.

———◆———

No. 15,283.

### THE STATE, EX REL. SNOKE ET AL., *v.* BLUE, TRUSTEE.

From the Kosciusko Circuit Court.

*L. T. Michener*, Attorney General, *J. Morris, J. M. Barrett, A. G. Wood, S. Claypool, W. A. Ketcham, J. S. Duncan, C. W. Smith* and *J. H. Gillett*, for appellants.

*W. P. Fishback, A. C. Harris, E. Haymond* and *L. W. Royse*, for appellee.

ELLIOTT, J.—Reversed upon the authority of *State, ex rel., v. Haworth, ante*, p. 462.

BERKSHIRE, J., dissents for the reason given in *State, ex rel., v. Haworth, supra*.

Filed March 13, 1890.